No. 75–822. THOMPSON *v.* KENTON COUNTY BOARD OF ELECTION COMMISSION ET AL. Appeal from Ct. App.

Ky. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.